UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-670-FSH |
| v. | : CONTINUANCE ORDER |
| MAURICIO ANDRES OSPINO-ACEVEDO and PAUL ALBERT FUENTES | : |

This matter having been opened to the Court by defendant Paul Albert Fuentes (James Patton, Esq., appearing), and Christopher J. Christie, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for sixty days, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 18th day of November 2008,

ORDERED that the proceedings in the above-captioned matter are continued from October 20, 2008, through December 20, 2008;

1

IT IS FURTHER ORDERED that the period between October 20, 2008, through December 20, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than Jan. 19, 2009 (previously November 17, 2008);

IT IS FURTHER ORDERED that any opposition by the Government to defendant's motions shall be filed no later than Feb. 2, 2009 (previously December 1, 2008);

IT IS FURTHER ORDERED that any reply by the defendant to the Government's opposition shall be filed no later than Feb. 16, 2009 (previously December 8, 2008);

IT IS FURTHER ORDERED that the trial in this matter will commence on February 24, 2009 (previously December 15, 2008).

HONORABLE FAITH S. HOCHBERG
United States District Judge   11/18/08

Requested and Agreed to by:

James Patton, Esq.

Anthony J. Mahajan, AUSA

2